No. 391. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA, PLAINTIFF IN ERROR, *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. In error to the Supreme Court of the State of California. Argued January 18, 1918. Decided January 21, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116; *Leathe* v. *Thomas,* 207 U. S. 93; *Holden Land Co.* v. *Inter-State Trading Co.,* 233 U. S. 536, 541; *Mellon Co.* v. *McCafferty,* 239 U. S. 134; (2) § 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, c. 448, 39 Stat. 726; *Philadelphia & Reading Coal & Iron Co.* v. *Gilbert,* 245 U. S. 162. *Mr. Douglas Brookman* and *Mr. Max Thelen* for plaintiff in error. *Mr. Robert Dunlap, Mr. E. W. Camp, Mr. E. S. Pillsbury* and *Mr. Gardiner Lathrop* for defendant in error.